UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION
OF THE DISTRICT OF COLUMBIA
915 15th Street, NW, 2nd floor
Washington, DC 20005,

        Plaintiff,

v.

UNITED STATES SECRET SERVICE
950 H Street, NW, Suite 7800
Washington, DC 20223,

        Defendant.

No. 1:20-cv-01497

**COMPLAINT**
(Freedom of Information Act Case)

1. The American Civil Liberties Union of the District of Columbia brings this Freedom of Information Act suit to require the United States Secret Service to produce records of the events surrounding the arrest of Gregory Johnson in front of the White House on July 4, 2019.

**JURISDICTION AND VENUE**

2. This Court has jurisdiction under 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B).

3. Venue is proper in this District under 5 U.S.C. § 552(a)(4)(B).

**PARTIES**

4. Plaintiff American Civil Liberties Union of the District of Columbia is a non-profit, non-partisan membership organization dedicated to protecting civil liberties and civil rights in the District of Columbia.

5. Defendant United States Secret Service is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

**FACTS**

6. On July 4, 2019, at approximately 5 p.m., Gregory Johnson burned two American Flags on the 1600 block of Pennsylvania Avenue, N.W., in front of the White House. He and another person in his group were arrested by uniformed Secret Service officers. All charges were subsequently dropped.

7. It is well established that burning an American Flag that is a person's own property is a form of symbolic expression that is protected by the First Amendment. That proposition was established in *Texas v. Johnson*, 491 U.S. 397 (1989). The respondent in that case was Gregory Johnson. The flags that Mr. Johnson burned on July 4, 2019, were his own property.

8. On October 15, 2019, the American Civil Liberties Union of the District of Columbia submitted a FOIA request to United States Secret Service seeking "copies of any and all video recordings in the possession or control of the Secret Service showing these events (the flag burnings and the arrests) and the events preceding and following them," including "at a minimum, all video recordings in your possession showing events in the southern half of Lafayette Park and on the 1600 block of Pennsylvania Avenue, NW, between 4:30 pm and 5:30 pm on July 4, 2019."

9. The FOIA request sought a waiver of document search, review, and duplication fees pursuant to 5 U.S.C. § 552(a)(4)(A)(iii) and 6 C.F.R. § 5.11(k)(i) on the grounds that disclosure of the requested records is in the public interest and because disclosure is likely to

contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester.

10. The FOIA request also sought a waiver of search fees pursuant to 5 U.S.C. § 552(a)(4)(A)(ii)(II) and 6 C.F.R. § 5.11 (b)(6) on the grounds that ACLU-DC is a representative of the news media and the records are not sought for commercial use.

11. The FOIA request sought a determination regarding the request within 20 working days, pursuant to U.S.C. § 552(a)(6)(A)(i) and 6 C.F.R. § 5.6(c). A copy of the request is attached to this complaint.

12. The Secret Service acknowledged that it received the request on October 15, 2019, and assigned it FOIA File No. 20200046. On November 1, 2019, the Secret Service advised that it had conducted a search for potentially responsive documents and was processing the responsive records identified in connection with that search.

13. As the date of this filing, more than seven months after the October 15, 2019, request, and more than six months after the Secret Service advised that its search for responsive documents was complete, the Secret Service has not issued a determination regarding the request and has produced no records responsive to the request.

## CLAIM FOR RELIEF

14. Defendant United States Secret Service has failed to honor its obligations under 5 U.S.C. § 552(a)(6)(A)(i) and 6 C.F.R. § 5.6(c), and has unlawfully withheld non-exempt records that were requested by the Plaintiff.

15. Defendant United States Secret Service has failed to honor its obligations under 5 U.S.C. § 552(a)(4)(A) (ii)(II) and (iii) and under 6 C.F.R. § 5.11(b)(6) and (k)(i) to waive document search, review, and duplication fees.

**WHEREFORE**, Plaintiff requests the Court to:

A. Declare that the Defendant has violated its obligations under the Freedom of Information Act;

B. Order the Defendant to produce the requested records promptly and at no charge;

C. Award Plaintiff its costs and reasonable attorneys' fees; and

D. Grant such other and further relief as may be appropriate.

June 8, 2020                                    Respectfully submitted,

/s/ *Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
 of the District of Columbia
915 15th Street, NW, 2nd floor
Washington, DC 20005
202-601-4266
aspitzer@acludc.org

Attorney for Plaintiff